**Order issued February 27, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

─────────────────────────────

No. 05-11-00858-CR
No. 05-11-00919-CR
No. 05-11-00920-CR

─────────────────────────────

**EDWARD ERIK GALVAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

═══════════════════════════════════════════════════════

# ORDER

═══════════════════════════════════════════════════════

Based on the Court's opinion of this date, we **GRANT** the December 19, 2011 motion of Mark Heidenheimer to withdraw as counsel on appeal. We **DIRECT** the Clerk of Court to remove Mark Heidenheimer as counsel of record for appellant. We **DIRECT** the Clerk of Court to send a copy of this order and all future correspondence to Edward Erik Galvan, TDCJ No. 1717248, Michael Unit, 2664 F.M. 2054, Tennessee Colony, Texas 75886.

/David L. Bridges/

_____
DAVID L. BRIDGES
JUSTICE